**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7251

JAMES NERO,

Plaintiff - Appellant,

v.

STATE OF MARYLAND,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:12-cv-01935-DKC)

Submitted:  November 2, 2012          Decided:  November 6, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Nero, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Nero appeals the district court's dismissal of his complaint under the Freedom of Information Act for failure to state a claim upon which relief may be granted. Nero sought compensation from the District of Columbia and Maryland state courts for their delay in providing him with trial transcripts. Nero's complaint fails to state a claim upon which relief can be granted because the Freedom of Information Act applies only to federal agencies and does not apply to the courts. 5 U.S.C.A. §§ 551(1)(B), 552(a)(1) (West 2006 & Supp. 2012). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nero v. Maryland, No. 8:12-cv-01935-DKC (filed July 3, 2012 & entered July 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2